*Messrs. Toole & Bach,* for Appellant.

*Messrs. Woody & Woody,* and *Mr. E. E. Hershey,* for Respondents.

---

No. 2,096.—E. A. NICHOLS ET AL., APPELLANTS, *v.* JAMES MAHER, TREASURER, RESPONDENT.

*Appeal from District Court, Silver Bow County; E. W. Harney, Judge.*

On motion to dismiss appeal.

Decided December 19, 1904.

PER CURIAM.—Upon motion of the appellants the appeal herein is hereby dismissed.

*Mr. E. M. Lamb, Mr. C. F. Kelley, Mr. E. S. Booth,* and *Messrs. Kirk & Clinton,* for Appellants.

---

No. 2,129.—STATE OF MONTANA EX REL. JAS. DONOVAN, ATTORNEY GENERAL, RELATOR, *v.* INTERNATIONAL HARVESTER CO. OF AMERICA, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. T. J. Walsh, Mr. E. B. Burling,* and *Mr. J. C. McMath,* for Respondent.

No. 2,132.—STATE OF MONTANA EX REL. JAS. DONOVAN, ATTORNEY GENERAL, RELATOR, *v.* CUDAHY PACKING CO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,133.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* ARMOUR PACK-ING CO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,134.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* HAMMOND PACKING CO. OF CHICAGO, A CORPORATION, RESPOND-ENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,135.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* HAMMOND PACKING CO. OF PUEBLO, COLO., A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

No. 2,136.—STATE OF MONTANA ex rel. JAS. DONO-VAN, ATTORNEY GENERAL, RELATOR, *v.* SWIFT & CO. OF CHICAGO, A CORPORATION, RESPONDENT.

*Mr. James Donovan, Attorney General, pro se.*

*Mr. M. S. Gunn,* for Respondent.

Original—Applications for injunction.

Decided December 24, 1904.